**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHN PATRICK DICKINSON**                                                 **PETITIONER**
**ADC #133547**

**v.**             **CASE NO: 5:12CV00259 BSM**

**RAY HOBBS, Director of the**                                             **RESPONDENT**
**Arkansas Department of Correction**

## **ORDER**

The proposed findings and recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. John Patrick Dickinson's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice.

2. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

Dated this 19th day of November 2012.

                                                                                       _____
                                                                                 UNITED STATES DISTRICT JUDGE